Oscar Hendrix, Appellant, v. Esco Bennett, Respondent.—

Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.